AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

Christina Paoli

V.

Delaware Technical and Community College and State of Delaware

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06 CV 462 GMS

TO: (Name and address of Defendant)

State of Delaware
Care of Gov. Minner
Dover, Legislative Hall
744-4101

→ Ruth Ann Minner
Delaware State Office Building
8th + French Streets
Wilmington DE 19801

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Chris Paoli
34363 Summerlyn Drive #204
Lewes DE 19958

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO
CLERK

E Strickler
(By) DEPUTY CLERK

DATE  Sept 29, 2006

served on
Oct 3, 2006

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE October 3, 2006 |
| NAME OF SERVER (PRINT) Carol Paoli | TITLE citizen - sister of plaintiff |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served:
A copy was left with

☐ Left copies thereof at the defendant's dwelling ~~house~~ work or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Dawn S. Marra, DSM
1:54 pm on Oct 3, 2006

☐ Returned unexecuted: _____

☒ Other (specify): I hand delivered a copy to Dawn Marra at 1:54 pm employee of Gov. Minner

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on Oct 3, 2006        Carol Paoli  (1:54 pm)
             Date                Signature of Server    Oct 3, 2006

Address of Server: 102 Loginberry Ct
Rehoboth DE 19971

Copy was left on Oct 3, 2006 with Dawn S Marra at 1:54 pm

CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2006 OCT -3 PM 1:51

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.