AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Delaware_____

Christina Paoli

V.

Delaware Technical and Community College and State of Delaware

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06 CV 462 GMS

TO: (Name and address of Defendant)

Orlando George JR
Delaware Technical + Community College
333 Shipley Street        400 Stanton/Christiana Rd
Wilmington DE 19801       Newark (Stanton) DE 19713

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Chris Paoli
34363 Summerlyn Drive #204
Lewes DE 19958

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                              Sept 29, 2006
CLERK                                        DATE

E. Stricklin
(By) DEPUTY CLERK

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| | RETURN OF SERVICE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 9-29-2006 |
| NAME OF SERVER (PRINT) Michael West | TITLE |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Served to employee - Dean Regan Hicks Goldstein for Del Tech College

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. [work struck through dwelling]
Name of person with whom the summons and complaint were left: Regan and Goldie

☐ Returned unexecuted: _____

☒ Other (specify): I hand delivered a copy to Dean Regan Hicks Goldstein

### STATEMENT OF SERVICE FEES

| TRAVEL 74 miles each way | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9-29-2006        /s/ Michael West
           Date                   Signature of Server

111 Washington Ave. #7
Address of Server
Lewes DE 19958

FILED U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2006 OCT -3 PM 1:51

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.