IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHRISTINA R. PAOLI, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 06-462-GMS |
| | : | |
| THE STATE OF DELAWARE, and | : | |
| DELAWARE TECHNICAL AND | : | |
| COMMUNITY COLLEGE, | : | |
| | : | |
| Defendants. | : | |

## MOTION FOR JUDGMENT ON THE PLEADINGS

The defendant, State of Delaware ["State"], hereby moves for judgment in its favor and against the plaintiff pursuant to Fed.R.Civ.P. 12(c) for the reasons set forth in its Opening Brief.

        STATE OF DELAWARE
        Department of Justice

        /s/ Marc P. Niedzielski
        Marc P. Niedzielski (# 2616)
        Deputy Attorney General
        820 N. French Street, 6th Floor
        Wilmington, DE  19801
        (302)  577-8324
        marc.niedzielski@state.de.us

DATED: October 31, 2006

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CHRISTINA R. PAOLI, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | C.A. No. 06-462-GMS |
| : | |
| THE STATE OF DELAWARE, and : | |
| DELAWARE TECHNICAL AND : | |
| COMMUNITY COLLEGE, : | |
| : | |
| Defendants. : | |

## **O R D E R**

WHEREAS, the State of Delaware has moved for judgment on the pleadings; and,

WHEREAS, the Court has reviewed the papers filed in connection with this matter;

**IT IS HEREBY ORDERED this    day of    , 2006**

that the State of Delaware's motion is GRANTED and JUDGMENT is GRANTED in its favor and against the plaintiff.

_____
United States District Judge

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTINA R. PAOLI, :<br>:<br>    Plaintiff, :<br>:<br>v. :<br>:<br>THE STATE OF DELAWARE, and :<br>DELAWARE TECHNICAL AND :<br>COMMUNITY COLLEGE, :<br>:<br>    Defendants. : | C.A. No. 06-462-GMS |

## CERTIFICATE OF SERVICE

The undersigned certifies that on the date indicated he caused a copy of the attached Answer to the Complaint to be served as indicated on the following:

*Via U.S.. Mail*
Christina R. Paoli
34363 Summerlyn Drive
No. 204
Lewes, DE  19958

*Via Electronic Delivery*
Marc Stephen Casarino
White & Williams LLP
824 Market Street, Suite 902
P.O. Box 709
Wilmington, DE  19899-0709
casarinom@whiteandwilliams.com

/s/ Marc P. Niedzielski
Marc P. Niedzielski (# 2616)
Deputy Attorney General
820 N. French Street, 6th Floor
Wilmington, DE  19801
(302)  577-8324
marc.niedzielski@state.de.us

DATED: October 31, 2006