# White and Williams LLP

824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709
Phone: 302.654.0424
Fax: 302.654.0245

Marc S. Casarino
Direct Dial: 302.467.4520
Direct Fax: 302.467.4550
casarinom@whiteandwilliams.com

November 28, 2006

**By E-File and Hand Delivery**

The Honorable Gregory M. Sleet
United States District Court
 for the District of Delaware
844 N. King Street
Lock Box 19
Wilmington, DE 19801

      RE:  **Christina Paoli v. Delaware Technical and Community College, et al.
C. A. No. 06-462**

Dear Judge Sleet:

I represent the defendant, Delaware Technical and Community College, in this matter. The co-defendant, State of Delaware, filed a Motion for Judgment on the Pleadings. Delaware Technical and Community College has no opposition to the relief requested by the State's Motion for Judgment on the Pleadings.

If we can be of any further assistance, we are available at the convenience of the Court.

Respectfully yours,

WHITE AND WILLIAMS LLP

By: *[signature]*
Marc S. Casarino

MSC:kab

cc:  Ms. Christina R. Paoli
      Marc P. Niedzielski, Esquire