IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTINA R. PAOLI, | : |
| Plaintiff, | : |
| v. | : C. A. NO. 06-462 |
| THE STATE OF DELAWARE and DELAWARE TECHNICAL AND COMMUNITY COLLEGE, | : JURY TRIAL DEMANDED |
| Defendants. | : |

**MOTION FOR JUDGMENT ON THE PLEADINGS**

The defendant, Delaware Technical and Community College, hereby moves for judgment in its favor and against the plaintiff pursuant to Fed.R.Civ.P. 12(c) for the reasons set forth in its Opening Brief.

WHITE AND WILLIAMS LLP

BY: /s/ Marc S. Casarino
Marc S. Casarino (ID #3613)
824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE  19899-0709
Phone: (302) 467-4520
Facsimile:  (302) 467-4550
Attorneys for Defendant,
*Delaware Technical and Community College*

Dated: December 18, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTINA R. PAOLI, | : |
| Plaintiff, | : |
| v. | : C. A. NO. 06-462 |
| THE STATE OF DELAWARE and DELAWARE TECHNICAL AND COMMUNITY COLLEGE, | : JURY TRIAL DEMANDED |
| Defendants. | : |

### CERTIFICATE OF SERVICE

I, Marc S. Casarino, Esquire do hereby certify that on this 18th day of December, 2006, two copies of the foregoing **Motion for Judgment on the Pleadings** were served upon the following via First Class Mail, postage prepaid:

Ms. Christina R. Paoli
600 Third Street
Rehoboth, DE 19971

Marc P. Niedzielski, Esquire
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801

WHITE AND WILLIAMS LLP

BY: _____
Marc S. Casarino (ID #3613)
824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709
Phone: (302) 467-4520
Facsimile: (302) 467-4550
Attorneys for Defendant,
*Delaware Technical and Community College*

WILDMS 138326v.1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTINA R. PAOLI, | : |
| Plaintiff, | : |
| v. | : C. A. NO. 06-462 |
| THE STATE OF DELAWARE and DELAWARE TECHNICAL AND COMMUNITY COLLEGE, | : JURY TRIAL DEMANDED |
| Defendants. | : |

## O R D E R

WHEREAS, defendant, Delaware Technical and Community College, has moved for judgment on the pleadings; and

WHEREAS, the Court has reviewed the papers filed in connection with this matter;

**IT IS HEREBY ORDERED** this _____ day of _____, 2006, that Delaware Technical and Community College's motion is **GRANTED** and **JUDGMENT** is **GRANTED** in its favor and against the plaintiff.

_____
United States District Judge