# White and Williams LLP

824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709
Phone: 302.654.0424
Fax: 302.654.0245

Marc S. Casarino
Direct Dial: 302.467.4520
Direct Fax: 302.467.4550
casarinom@whiteandwilliams.com

January 12, 2007

**By E-File and Hand Delivery**

The Honorable Gregory M. Sleet
United States District Court
  for the District of Delaware
844 N. King Street
Lock Box 19
Wilmington, DE 19801

> **RE: Christina Paoli v. Delaware Technical and Community College, et al.
> C. A. No. 06-462**

Dear Judge Sleet:

    I represent the defendant, Delaware Technical and Community College, in this matter. In response to plaintiff's pending request for injunctive relief regarding her readmission to the College, we stated that plaintiff's suspension from the College expires in January 2007 and, therefore, plaintiff's request for injunctive relief is moot. I write to advise that plaintiff's suspension from the College will not expire until the beginning of the summer 2007 semester; which is May 21, 2007. I apologize for any inconvenience caused by our unintentional misstatement.

    We do not believe this alters the position taken in our response to the plaintiff's request for injunctive relief. We are available at the convenience of the Court to discuss, as necessary.

Respectfully yours,

WHITE AND WILLIAMS LLP

By: /s/ Marc S. Casarino
Marc S. Casarino

MSC:kab
cc: Ms. Christina R. Paoli
    Marc P. Niedzielski, Esquire
    Brian D. Shirey, Esquire

*Allentown, PA • Berwyn, PA • Cherry Hill, NJ*
*New York, NY • Paramus, NJ • Philadelphia, PA • Pittsburgh, PA*

WILDMS 140013v.1