IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTINA R. PAOLI, <br><br> Plaintiff, <br><br> v. <br><br> STATE OF DELAWARE and DELAWARE TECHNICAL AND COMMUNITY COLLEGE, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 06-462 (GMS) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

WHEREAS, on July 28, 2006, the plaintiff filed the above-captioned action against the defendants;

WHEREAS, on December 18, 2006, defendant Delaware Technical and Community College filed a motion for judgment on the pleadings (D.I. 15) and brief in support thereof;

WHEREAS, pursuant to District of Delaware Local Rule 7.1.2.(a)(1995), an answer brief to the defendant's motion was due on January 8, 2007; and

WHEREAS, as of the date of this Order, the plaintiff has not filed an answer brief;

IT IS HEREBY ORDERED that:

1. The plaintiff shall file an answer brief to the defendant's motion for judgment on the pleadings within ten (10) days of the date of this Order.

3. Should the plaintiff fail to comply with this Order, the court will decide the motion for judgment on the pleadings on the present record.

Dated: June 29, 2007

UNITED STATES DISTRICT JUDGE