IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CHRISTINA R. PAOLI            C.A. NO. 06-462 (GMS)

        Plaintiff

V.

THE STATE OF DELAWARE AND
DELAWARE AND COMMUNITY COLLEGE

        Defendants

**REQUEST TO VACATE OR MODIFY ORDER**

Plaintiff Christian Paoli, pro se, respectfully requests that this honorable court vacate its order of June 29, 2007.

In support of this request and filed were with are plaintiff's motion to amend the complaint and a amended complaint which if the court accepts would make defendant Delaware Technical and Community College's Motion for Judgment moot at this time.

Plaintiff to this date has not fully recovered from the injuries complained of and is still under the care of Neurologist Dr. Peet.

Plaintiff responded in a timely manner, to the Defendant of the State of Delaware's Motion for judgment on the pleading and failed to realize that the defendant Delaware Technical and Community College had buried its Motion for Judgment on the Pleadings behind a response to Plaintiff's Request for Injunctive Relief.

Although the Court signed this order on Friday, June 29, 2007, it was postmarked as having been mailed on July 3rd and due to the 4th of July holiday, was not received until the afternoon of July 6, 2007. Should the Court in its wisdom not vacate this order plaintiff requests additional time to respond in light of the numerous sites which would have to be researched.

Respectfully submitted,

*Christina Paoli* (signature)

Christina Paoli

July 8, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE


CHRISTINA R. PAOLI                             C.A. NO. 06-462 (GMS)

       Plaintiff

V.

THE STATE OF DELAWARE AND
DELAWARE AND COMMUNITY COLLEGE

       Defendants


**ORDER**


Having read and considered plaintiff's motion to vacate or modify the Court's order of June 27, 2007, it is hereby ordered:

    \_\_\_\_\_    that the court's order of June 29$^{t,}$ 2007 is vacated.


    \_\_\_\_\_    that the Court's order to modified to allow additional time

        until _____ .


Date_____

                                                        Judge

## Certificate of Service

I hereby certify that a copy of the foregoing request to vacate or modify was mailed by regular mail on July 9, 2007 to:

Marc. P. Niedzieiski, Esquire
Deputy Attorney General
State of Delaware
820 North French Street, 6th Floor
Wilmington. DE 19801

and to:

Marc. S. Casarino, Esquire
824 North Street, Suite 902
P.O. Box 709
Wilmington, DE 19899
Tel 302- 467-4520

*Christina Paoli*

Christina Paoli