

| | | |
|---|---|---|
| JOSEPH R. BIDEN, III<br>ATTORNEY GENERAL | DEPARTMENT OF JUSTICE<br>NEW CASTLE COUNTY<br>820 NORTH FRENCH STREET<br>WILMINGTON, DELAWARE 19801 | CRIMINAL DIVISION (302) 577-8500<br>FAX (302) 577-2496<br>CIVIL DIVISION (302) 577-8400<br>FAX (302) 577-6630<br>TTY (302) 577-5783 |

August 14, 2007

Clerk of the U.S. District Court
U.S. Courthouse
844 N. King Street
Wilmington, DE 19801

   RE: **Paoli v. State of Delaware, at al.**
      C.A. No. 06-462-GMS

Dear Clerk:

  Please be advised that the defendant State of Delaware has no position regarding plaintiff's response and motion for additional time (D.I. 19) to respond to Delaware Tech's motion for Judgment on the Pleadings (D.I. 15, 16).

  As to plaintiff's motion to amend the complaint (D.I. 20), it does not appear that any of the proposed amendments relate to defendant State of Delaware. Accordingly, the State has no position on the motion to amend, but reserves all defenses

  If you have any questions, please contact me.

            Very truly yours,

            /s/ Marc P. Niedzielski
            Marc P. Niedzielski
            Deputy Attorney General

cc: Ms. Christina R. Paoli
   600 Third Street, Tru Vale Acres
   Rehoboth, DE 19971

   Marc S. Casarino, Esquire