IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CHRISTINA R. PAOLI                              C.A. NO. 06-462 (GMS)

      Plaintiff

V.                                              August 14, 2007

THE STATE OF DELAWARE AND
DELAWARE AND COMMUNITY COLLEGE

      Defendants


**Request permission to respond to Defendants responsive brief**


Christina Paoli hereby requests permission to respond to responsive brief dated August 8 in opposition to plaintiff's motion for more time to respond to motion for judgment on the pleadings because some of the information in it is accurate and some of the information is not accurate.

Furthermore, the motion for judgment is mute because the concerns brought up in the motion were addressed in the amended complaint.

Additionally, plaintiff has been in and out of the hospital and doctors due to injuries sustained last year and is still under doctors care for those injuries.

Therefore, plaintiff respectfully requests permission to respond to the defendants August 8 responsive brief.

Thank you,

Christina Paoli

Christina Paoli

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Certificate of Service

I, Christina Paoli, do hereby certify that a copy of the Request to respond to defendant's responsive brief was served and mailed to the following on August 15, 2007 by First class mail, postage prepaid:

>Marc Casarino
>824 N. Market Street, Suite 902
>P.O. Box 709
>Wilmington, DE 19809-0709

and

>Marc Niedzielski, esq.
>Department of Justice
>820 N. French Street, 6th Floor
>Wilmington, DE 19801

*Christina Paoli*
Christina Paoli
600 Third Street
Tru Vale Acres
Rehoboth, DE 19971

C. Park
600 Third Street
Rehoboth DE 19971

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2007 AUG 23 AM 11:49

WILMINGTON DE 197
15 AUG 2007 PM 3 L

U.S. District Court
J Caleb Boggs Federal Building
844 North King Street
Room 4324
Lockbox 19
Wilmington DE 19801