Park
vs
State of DE                                    CA 06-462-GMS
+
Del Tech Com. College

I accidentally forgot to attach these exhibits yesterday when I mailed the response to DTCC judgment on the pleadings.

Please add to the exhibits.



Thank you,
Christin Park
8-22-07

Please call 302-260-1036 so I discuss this with you.
Thanks

Chris Parks
600 Third Street
Charlotte DE 19971

WILMINGTON DE 197
23 AUG 2007 PM 1 L

US District Court
844 North King Street
Room 429
Lock Box 18
Wilmington DE 19801

Exhibit 8b

06-462

# DELAWARE TECH

**Student Grade Mai**
OFFICE OF THE REGISTI
05/16/2005

Student Name: Christina R Paoli
Student ID#: 222466065
Major: Criminal Justice
Term: Spring 2004-2005
Home Campus: OWENS

### EXPLANATION OF GRADES

| | |
|---|---|
| A — Outstanding | U — Withdrawal wit |
| B — Above Average | approval of Co |
| C — Meets Objectives | *AE — Outstanding |
| R — Recycle | *BE — Above Average |
| W — Withdrawal | *CE — Meets Objective |
| L — Listener/Auditor | *SE — Continuing Sati: |
| O — Official Withdrawal | *RE — Recycle |
| I — Incomplete | *UE — Withdrawal with |
| | approval of Co |

In order to become passing grades, incompletes must be fully satisfied by the end of the next semester.

(*Not included in GPA

Contact your home campus for any Questions

President's List

Christina R Paoli

| Course Name | Course Number | Section | Campus | Course Title | Grade | Credit Hours | Earned Hours | GPA Hours | Grade Points |
|---|---|---|---|---|---|---|---|---|---|
| CRJ | 101 | 251 | 2 | Intro to Criminal Justice | A | 3.000 | 3.00 | 3.00 | 12.00 |
| CRJ | 102 | 251 | 2 | Criminal Law | A | 3.000 | 3.00 | 3.00 | 12.00 |
| CRJ | 104 | 6W1 | 6 | Drugs Society/Human Behavior | B | 3.000 | 3.00 | 3.00 | 9.00 |
| CRJ | 110 | 251 | 2 | Issues in Law Enforcement | A | 3.000 | 3.00 | 3.00 | 12.00 |
| CRJ | 118 | 201 | 2 | Corrections in America | A | 3.000 | 3.00 | 3.00 | 12.00 |
| CRJ | 222 | 201 | 2 | Constitutional Law | A | 3.000 | 3.00 | 3.00 | 12.00 |
| SPA | 136 | 202 | 2 | Spanish Communication I | A | 4.000 | 4.00 | 4.00 | 16.00 |

Message 1: The student bears responsibility to contact the instructor regarding grade issues.

Total: 22.00 | 22.00 | 85.00

### Academic Standing

Academic - Good Standing

Cumulative: 51.00 | 51.00 | 188.00

### Financial Aid Standing for next term of Attendance

ELIGIBLE - Satisfactory Progress OK

Message 2: Disregard your Financial Aid standing unless you have applied for Financial Aid

Campus Codes
Owens | 2 | Wilmington | 4 | Stanton | 5 | Terry

*[Handwritten note top left: "Brian Shirey 252 letter informing plaintiff of hearing date"]*



Dover♦Georgetown♦Stanton♦Wilmington

May 4, 2006

Ms. Christina Paoli
34363 Summerlyn Drive, Apt. 204
Lewes, DE 19958

Dear Ms. Paoli:

This letter will confirm the e-mail that I sent to you today. A hearing before the Campus Judicial Committee on the initial complaint forwarded to you by a letter dated April 13, 2006, from Dean Hicks-Goldstein and the second complaint forwarded to you under cover of Dean Hicks-Goldstein's April 24, 2006 letter will be held on Wednesday, May 10, 2006. The hearing will be conducted at the Wilmington Campus in Conference Room 202 in the Southeast Building and will begin promptly at 1:00 p.m. The procedure for the hearing will be as set forth in Section VI of the Student Rights and Standards of Student Conduct Policy, a copy of which was sent to you by Dean Hicks-Goldstein with each complaint. Please be prepared to present any witnesses or documents that you would like the committee to consider at that time. I have allotted two hours for the hearing.

Very truly yours,

Brian D. Shirey
Chief Legal Counsel

BDS/nrv

Cc:    Regan Hicks-Goldstein

*[Handwritten note: "I received my certified letter on 5-9-06. However, I did know about this, by email on 5-5-06. He told me if I had a medical excuse, the hearing would be rescheduled. He held the hearing anyway and broke his promise. B29"]*

---

*Delaware Technical & Community College*
**Office of the President**
P.O. Box 897, Dover, DE 19903
Phone: (302) 739-3737 Fax: (302) 739-3345
*Equal Opportunity/Affirmative Action Institution*

Ms. Christina R. Paoli
June 5, 2007
Page 2

*Page 2 of June 5, 2007
White and Williams LLP
letter*

Very truly,

WHITE AND WILLIAMS LLP

By: /s/ Marc S. Casarino
Marc S. Casarino

MSC:kab

cc:  Brian Shirey, Esquire

WILDMS 145051v.1

# SEALED DOCUMENT