**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| CHRISTINA R. PAOLI, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C. A. NO. 06-462 |
| | : | |
| THE STATE OF DELAWARE and | : | JURY TRIAL DEMANDED |
| DELAWARE TECHNICAL AND | : | |
| COMMUNITY COLLEGE, | : | |
| | : | |
| Defendants. | : | |

**NOTICE OF COMPLETION OF BRIEFING AND REQUEST FOR ORAL ARGUMENT**

On December 18, 2006, Defendant Delaware Technical and Community College filed its Motion for Judgment on the Pleadings (the "**Motion**") together with its Opening Brief in support of the Motion.  Following an extension of time granted by the Court, Plaintiff filed her response and a brief in opposition to the Motion on August 23, 2007.  On September 6, 2007, Delaware Technical and Community College filed its Reply Brief in support of the Motion.

The pleadings with respect to the Motion are closed and the Motion is ripe for decision. Pursuant to Local Rule 7.1.4, Delaware Technical and Community College respectfully requests a hearing before the Court to present oral argument on the Motion.

Respectfully submitted,

WHITE AND WILLIAMS LLP

BY: _____

Marc S. Casarino (ID #3613)
824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE  19899-0709
Phone: (302) 467-4520
Facsimile:  (302) 467-4550
Attorneys for Defendant,
*Delaware Technical and Community College*

Dated:  September 10, 2007

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHRISTINA R. PAOLI, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C. A. NO. 06-462 |
| | : | |
| THE STATE OF DELAWARE and | : | JURY TRIAL DEMANDED |
| DELAWARE TECHNICAL AND | : | |
| COMMUNITY COLLEGE, | : | |
| | : | |
| Defendants. | | |

## CERTIFICATE OF SERVICE

I, Marc S. Casarino, Esquire do hereby certify that on this 10th day of September, 2007, two copies of the foregoing **Notice of Completion of Briefing and Request for Oral Argument** were served upon the following via First Class Mail, postage prepaid:

Ms. Christina R. Paoli
600 Third Street
Rehoboth, DE 19971

Marc P. Niedzielski, Esquire
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801

WHITE AND WILLIAMS LLP

BY: _____
Marc S. Casarino (ID #3613)
824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE  19899-0709
Phone: (302) 467-4520
Facsimile:  (302) 467-4550
Attorneys for Defendant,
*Delaware Technical and Community College*