# White and Williams LLP

824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709
Phone: 302.654.0424
Fax: 302.654.0245

Marc S. Casarino
Direct Dial: 302.467.4520
Direct Fax: 302.467.4550
casarinom@whiteandwilliams.com

January 3, 2008

**By E-File and Hand Delivery**

The Honorable Gregory M. Sleet
United States District Court
 for the District of Delaware
844 N. King Street
Lock Box 19
Wilmington, DE 19801

        **RE: Christina Paoli v. Delaware Technical and Community College, et al.**
            **C. A. No. 06-462**

Dear Judge Sleet:

    I represent the defendant, Delaware Technical and Community College, in this matter. Your Honor's December 18, 2007 Order directs, in part, that "[t]he parties shall submit a stipulation within ten (10) days of [the] Order, which sets forth the plaintiff's enrollment status at Delaware Tech." The parties have exchanged proposed stipulations, but unfortunately are unable to agree upon a form of stipulation to submit to the Court.

    Accordingly, on behalf of Delaware Tech I am submitting the attached stipulation as to the plaintiff's enrollment status. Delaware Tech respectfully represents that the attached stipulation accurately describes the current status of plaintiff's enrollment. We are available at the convenience of the Court to discuss, as necessary.

                                        Respectfully yours,

                                        WHITE AND WILLIAMS LLP

                              By: _____
                                    Marc S. Casarino

*Allentown, PA • Berwyn, PA • Cherry Hill, NJ*
*New York, NY • Paramus, NJ • Philadelphia, PA • Pittsburgh, PA*

PHLDMS1 3836201v.1

The Honorable Gregory M. Sleet
January 3, 2008
Page 2


MSC:
Enclosure.

cc:  Ms. Christina R. Paoli (w/ enc.)
     Brian D. Shirey, Esquire (w/ enc.)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTINA R. PAOLI, | : |
| Plaintiff, | : |
| v. | : C. A. NO. 06-462 GMS |
| THE STATE OF DELAWARE and DELAWARE TECHNICAL AND COMMUNITY COLLEGE, | : JURY TRIAL DEMANDED |
| Defendants. | : |

**STIPULATION AS TO PLAINTIFF'S ENROLLMENT STATUS**

Plaintiff, Christina R. Paoli, and Defendant, Delaware Technical and Community College, hereby stipulate as follows:

1. On May 19, 2006, the College's Campus Judicial Committee issued a decision that Plaintiff may not return to Delaware Technical and Community College upon the expiration of her prohibited period until she provides a written certification from a psychiatrist licensed to practice in the State of Delaware attesting to Plaintiff's fitness and ability to comply in all respects with the College's Violence Free College Policy, Drug Free School and Workplace Policy and the standards of conduct set forth in the Student Rights and Standards of Student Conduct Policy; and

2. Plaintiff has not provided a written certification from a psychiatrist licensed to practice in the State of Delaware attesting to Plaintiff's fitness and ability to comply in all respects with the College's Violence Free College Policy, Drug Free School and Workplace Policy and the standards of conduct set forth in the Student Rights and Standards of Student Conduct Policy; and

1

3. Plaintiff is not presently enrolled at the College in any capacity.

                                                                         **WHITE AND WILLIAMS LLP**

BY: _____      BY: _____
      Christina R. Paoli                                    Marc S. Casarino (ID #3613)
      600 Third Street                                       824 N. Market Street, Suite 902
      Rehoboth, DE 19971                             P.O. Box 709
      *Pro se*                                                    Wilmington, DE 19899-0709
                                                                   Phone: (302) 467-4520
                                                                   Facsimile: (302) 467-4550
                                                                   Attorneys for Defendant,
                                                                   *Delaware Technical and Community College*

Dated: January 3, 2008