# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

CHRISTINA R. PAOLI,             :

               Plaintiff,      :

v.                      :     C. A. NO. 06-462

THE STATE OF DELAWARE and    :     JURY TRIAL DEMANDED
DELAWARE TECHNICAL AND      :
COMMUNITY COLLEGE,         :

           Defendants.    :

## MOTION FOR RECONSIDERATION OF THE COURT'S DECEMBER 18, 2007 MEMORANDUM OPINION AND ORDER [D.I. 30]

Pursuant to Federal Rule of Civil Procedure 59(e) and for the reasons set forth in its accompanying brief pursuant to Local Rule 7.1.2., the defendant, Delaware Technical and Community College, moves for reconsideration of the Court's December 18, 2007 Memorandum Opinion and Order [D.I. 30].

Respectfully submitted,

**WHITE AND WILLIAMS LLP**

BY: _____
Marc S. Casarino (ID #3613)
824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709
Phone: (302) 467-4520
Facsimile: (302) 467-4550
Attorneys for Defendant,
*Delaware Technical and Community College*

Dated: January 3, 2008

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

CHRISTINA R. PAOLI,           :
                           :
          Plaintiff,       :
                           :
     v.                     :    C. A. NO. 06-462
                           :
THE STATE OF DELAWARE and  :    JURY TRIAL DEMANDED
DELAWARE TECHNICAL AND    :
COMMUNITY COLLEGE,       :
                           :
       Defendants.

## O R D E R

WHEREAS, defendant, Delaware Technical and Community College ("Delaware Tech"), has moved for Reconsideration of the Court's December 18, 2007 Order denying Delaware Tech's Motion for Judgment on Count III of the Complaint; and

WHEREAS, the Court has reviewed the papers filed in connection with this matter;

**IT IS HEREBY ORDERED** this _____ day of _____, 2008, that Delaware Technical and Community College's motion is **GRANTED** and **JUDGMENT** is **GRANTED** in its favor and against the plaintiff with respect to Count III of the Complaint.

_____
United States District Judge

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

CHRISTINA R. PAOLI,                     :
                                        :
            Plaintiff,                   :
                                        :
    v.                                   :    C. A. NO. 06-462
                                        :
THE STATE OF DELAWARE and                :    JURY TRIAL DEMANDED
DELAWARE TECHNICAL AND                   :
COMMUNITY COLLEGE,                       :
                                        :
            Defendants.                  :

## CERTIFICATE OF SERVICE

I, Marc S. Casarino, Esquire do hereby certify that on this 3rd day of January, 2008, two

copies of the foregoing **Motion for Reconsideration of the Court's December 18, 2007**

**Memorandum Opinion and Order [D.I. 30]** were served upon the following via First Class

Mail, postage prepaid:

Ms. Christina R. Paoli                  Marc P. Niedzielski, Esquire
600 Third Street                        Department of Justice
Rehoboth, DE 19971                      820 N. French Street, 6th Floor
                                        Wilmington, DE 19801

                            WHITE AND WILLIAMS LLP

                            BY: _____
                                Marc S. Casarino (ID #3613)
                                824 N. Market Street, Suite 902
                                P.O. Box 709
                                Wilmington, DE 19899-0709
                                Phone: (302) 467-4520
                                Facsimile: (302) 467-4550
                                Attorneys for Defendant,
                                *Delaware Technical and Community*
                                *College*

PHLDMS1 3839607v.1