IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Case number   06-462  GMS

January 1, 2008

To The Honorable Judge,

Happy New Year. The purpose of this correspondence is to inform you that Delaware Technical and Community College has not agreed to reinstate me as a student. Also, we could not agree on the joint stipulation. Enclosed are the e-mails that pertain to the stipulation.

In conclusion, I would appreciate it if you put an order into effect informing them to allow me to return to the college as a student.

Thank you.

Respectfully submitted,

Christina Paoli

c.c.   Marc Casarino



RECEIVED
JAN - 4 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

July 2, 2007

To the Registrar at DelTech College
To Dean Goldstein (Ragan)

original

Please reinstate me as a student at Del Tech. I have finished the year "off" due to your unfair ruling. I went to the doctor as you requested. I was informed that no doctor (or anyone) could ever attest to another person's future actions or abilities". Your conditions are unreasonable, unfair and impossible for me to meet. Please do the right thing and reinstate me as a student.

Furthermore, I need to know if I still have my "incompletes" so I can complete the final exams & receive credit for all of my classes. Please mail me information at 600 Third Street
Rehoboth DE
1997

or email me at educationexperts@Yahoo.com
I would like to enroll by July 10, 2007 if possible.
Thank you for your assistance.

Sincerely,
Christina Paoli
Christina Paoli
7-2-07

Notary: Maureen B. Dunn
July 2, 2007,
My commission expires June 21, 2008

MAUREEN B. DUNN
NOTARY PUBLIC OF DELAWARE
My Commission Expires June 21, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Case number   06-462  GMS                                January 2, 2008

## CERTIFICATE OF SERVICE

I CERTIFY THAT ON JANUARY 2, 2008, I MAILED THE ATTACHED
STIPULATION INFORMATION TO :

Marc Casarino
824 North Market Street, Suite 902
P.O. Box  709
Wilmington, Delaware  19899-0709
Phone 467-4550

*Christina Paoli*

Christina Paoli

----- Forwarded Message ----
From: Christina Paoli <educationexperts@yahoo.com>
To: "Casarino, Marc" <Casarinom@whiteandwilliams.com>
Sent: Sunday, December 30, 2007 10:42:41 PM
Subject: stipulation information December 30, 2007

Dear Mr. Casarino,
Happy New Year. Thank you responding to my e-mail. I guess we will "agree to disagree" on the stipulation. I should be allowed to return to Del Tech immediately.
Take Care, Chris


----- Original Message ----
From: "Casarino, Marc" <Casarinom@whiteandwilliams.com>
To: Christina Paoli <educationexperts@yahoo.com>
Sent: Friday, December 28, 2007 10:09:11 AM
Subject: RE: Third e-mail to you in 3 days......PLEASE RESPOND AND/OR ANSWER THIS E-MAIL

Ms. Paoli,

Unfortunately, the College is closed until January 7th and I am unable
to reach anyone to discuss modifying the stipulation. However, we feel
that the stipulation I forwarded is an accurate statement of your
current enrollment status. If we are unable to agree on this, I will so
notify the Court.

Very truly yours,

Marc Casarino

-----Original Message-----
From: Christina Paoli [mailto:educationexperts@yahoo.com]
Sent: Thursday, December 27, 2007 10:57 PM
To: Casarino, Marc
Subject: Third e-mail to you in 3 days......PLEASE RESPOND AND/OR ANSWER
THIS E-MAIL

Dear Mr. Casarino,
   Hello. I called your office twice today because the 1judge's 10 day
stipulation deadline
is pending. After my second call, your secretary called me back and said
that you did respond to
my e-mail. I did not receive an e-mail response from you. I have every
e-mail that I received
in the last two weeks saved. I did, however, receive a copy of your
version of the stipulation
which is not agreeable to me.
   Several months ago, I did meet with a doctor as per Del Tech's
request. I was told that no
doctor in the world could not ever "attest to anyone's future actions
or abilities". Del Tech knew this
becasue I did forward that information along with a generic doctor's
note stating that I could return to
school to Del Tech. As I stated to you and Del Tech previously, I feel
this unreasonable request is
just another form of Del Tech's harassment, retaliation and unfairness.
Del Tech is continuing
to violate my civil rights by not allowing me to attend school. Please
reinstate me as a student
immediately. The new semester begins next week. PLEASE RESPOND TO
THIS E-MAIL.
                        THANK YOU, Christina Paoli
260-1036

----- Original Message -----
From: Christina Paoli <educationexperts@yahoo.com>
To: casarinom@whiteandwilliams.com
Sent: Wednesday, December 26, 2007 7:24:00 PM
Subject: I am sending this e-mail again Re: stipulation response to Judge's Dec. 18 order

Hello.
It has been three days since I sent you this e-mail. Please respond and/or make revisions.
The judge's order said the stipulation is due in 10 days. Please call me at 260-1036.
                Thank you, Chris


----- Original Message -----
From: Christina Paoli <educationexperts@yahoo.com>
To: casarinom@whiteandwilliams.com
Sent: Monday, December 24, 2007 5:31:16 AM
Subject: stipulation response to Judge's Dec. 18 order

Dear Marc,
Merry Christmas.
This e-mail is my stipulation pertaining to the Judge's order dated December 18, 2007. As you know, we have
10 days to submit a stipulation pertaining to my enrollment status.

My status as a student is re-enrolled and/or reestablished immediately.
1.) I should be allowed to be on the premises for classes, sporting events, use of the library and other
community events.
2.) My grades for the classes from before I was wrongfully suspended/dismissed will be reinstated using my
previously earned averages as the final grades. My averages ranged from 93 to 100 percent (I believe) in
all of my classes when they were modified to incompletes prior to the dismissal.
It would be unfair and a large injustice to expect me take final exams from two years ago when (in my opinion)
the college's wrongful actions prevented me from taking the finals previously.
3.) I am permitted to sign up for classes for the beginning of the spring semester which begins in January.
The college assists is accommodations as needed and/or if needed to facilitate reentry into the college.
4.) You remove the ban which was given to certain faculty members (in writing) forbiding them from talking to
me or e-mailing me.

Thank you for consideration with this matter. My phone number is 302-260-1036.

Take Care, Chris

U.S. District Ct
844 North King Street
Lockbox 18
Wilmington, DE
19801