IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

C.A.  06-462

To the Honorable Judge,

I am writing to apologize and explain why the response is a couple of days late. I was in the hospital and sick in the last three weeks. Enclosed is the release instructions from Christiana Hospital. (I crossed out confidential information.) Also, I enclosed a note from my primary care physician. Then, a friend was supposed to drive me from Rehoboth Beach to Wilmington to clock it in on Tuesday, January 22, 2008. That didn't happen. Therefore, I mailed it. Thank for taking this letter into consideration.

As of now, I am not allow to drive due to a medical condition.

I am sorry it is a couple days late.

Sincerely,

*Christina Paoli*

January 22, 2008                                          Christina Paoli



Chris Paoli
600 Third Street
Rehoboth DE 19971



FIRST CLASS

United States District Court
844 North King Street
Room 4209
Lock Box 18
Wilmington DE 19801

FIRST CLASS

**Paoli, Christina**   Fri Jan 11, 2008   Page 1
12:59 PM
Discharge Instructions from Paul Anderson, M.D.
Christiana Care Health Services - Wilmington Hospital

Christiana Hospital, 4755 Ogletown-Stanton Rd, Newark, DE  302-733-1000
Wilmington Hospital, 14th & Washington St, Wilmington, DE  302-733-1000

CONTINUE YOUR CURRENT MEDICATIONS AS PRESCRIBED BY YOUR PRIVATE PHYSICIAN(S) UNLESS OTHERWISE INSTRUCTED BY YOUR EMERGENCY DEPARTMENT PROVIDER HERE TODAY.

███████████████ a fairly common disorder, affecting about 1 out of 50 persons. The many causes include alcohol or drug abuse, fainting, infection, head injury, and low blood sugar. No definite cause is found most of the time. ██████ do not affect intelligence, except in rare cases. The most common reason for a seizure in a person with a known seizure disorder is failure to take medications as prescribed.

██████████████████████ you will need an EEG, or brain wave test. This is usually done later, as an outpatient. Laboratory and other tests may be needed also.

████████████████ should be followed by a personal physician. ████████ medications are usually effective in controlling ████████. Finding the right medication and the right dose requires close co-operation between patient and doctor. Blood levels of the drugs are usually needed from time to time to prevent toxic side effects.

*** IT IS THE EMERGENCY DEPARTMENTS PRACTICE AS REQUIRED BY STATE LAW ████████████████████ TO THE DELAWARE DEPARTMENT OF MOTOR VEHICLES. ***

NOTIFY YOUR DOCTOR or return here in case of the following:

**EXCUSE SLIP**

**LEWES FAMILY PRACTICE, P.A.**
J. K. BEEBE, M.D.   J. ERIC HALE, M.D.   RAMA PERI, M.D.
ELISA MONTROSS-LOPEZ, M.D.
P.O. Box 786
Lewes, DE 19958
Telephone: (302) 645-2281

Date  1-15-08

Please Excuse  Christina Paoli

FROM:  ☒ Work   ☐ School   ☐ P.E.
☐ Other _____

DUE TO:  ☐ Injury   ☒ Illness
☐ Other _____

From  1-15-08  to  1-17-08

Thank You,
[signature]

ing.

ed, short of breath, more irritable or fussy, slurred

d by not enough blood flow to the brain. There are
used by internal bleeding or an irregular heartbeat.
cause fainting. Other causes can include; poor
, medications, low blood sugar, or dehydration.
s also result in fainting or severe dizziness.

for a number of reasons. Examples are the sight of
ng up too quickly after sitting for a period of time.

hard to tell. In some cases, particularly in the elderly,
observation. Your evaluation today indicates that a
up with your doctor if this happens again or if other
t rest for 1-2 days, or until you feel well.

ase of the following:
s.
e. ----