IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTINA R. PAOLI, | : |
| Plaintiff, | : : : |
| v. | : C. A. NO. 06-462 |
| THE STATE OF DELAWARE and DELAWARE TECHNICAL AND COMMUNITY COLLEGE, | : JURY TRIAL DEMANDED : : : |
| Defendants. | : |

**NOTICE OF COMPLETION OF BRIEFING AND REQUEST FOR ORAL ARGUMENT**

On January 3, 2008, Defendant Delaware Technical and Community College filed its Motion for Reconsideration of the Court's December 18, 2007 Memorandum Opinion and Order [D.I. 30] (the "**Motion**") together with its Opening Brief in support of the Motion. Plaintiff filed her response and a brief in opposition to the Motion on or about January 24, 2008. On January 29, 2008, Delaware Technical and Community College filed its Reply Brief in support of the Motion.

The pleadings with respect to the Motion are closed and the Motion is ripe for decision. Pursuant to Local Rule 7.1.4, Delaware Technical and Community College respectfully requests a hearing before the Court to present oral argument on the Motion.

                          Respectfully submitted,

                          WHITE AND WILLIAMS LLP

BY: *[signature: Marc S. Casarino]*
                          Marc S. Casarino (ID #3613)
                          824 N. Market Street, Suite 902
                          P.O. Box 709
                          Wilmington, DE  19899-0709
                          Phone: (302) 467-4520
                          Facsimile:  (302) 467-4550
                          Attorneys for Defendant,
                          *Delaware Technical and Community College*

Dated:  January 29, 2008