IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHRISTINA R. PAOLI, | : | |
| Plaintiff, | : | |
| v. | : | C. A. NO. 06-462 |
| THE STATE OF DELAWARE and DELAWARE TECHNICAL AND COMMUNITY COLLEGE, | : | JURY TRIAL DEMANDED |
| Defendants. | : | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the **First Set of Requests for Production to Plaintiff by Defendant Delaware Technical and Community College**, **First Set of Interrogatories to Plaintiff by Defendant Delaware Technical and Community College** and **First Set of Requests for Admissions to Plaintiff by Defendant Delaware Technical and Community College** were served upon the following via U.S. Mail, post pre-paid:

    Christina R. Paoli
    600 Third Street
    Rehoboth, DE 19971

    WHITE AND WILLIAMS LLP

By: /s/ Marc S. Casarino
    Marc S. Casarino (ID #3613)
    824 N. Market Street, Suite 902
    P.O. Box 709
    Wilmington, DE 19899-0709
    Phone: (302) 467-4520
    Facsimile: (302) 467-4550
    Attorneys for Defendant,
    *Delaware Technical and Community College*

PHLDMS1 4101163v.1