In the United States District Court
for the District of Delaware

CA # 06-462 GMS

Paoli vs Delaware Technical Community College et al

Dear Honorable Judge,

I am writing to request a continuance of this case until August of 2008 due to medical problems.

Attached is medical documentation from Taylor Hospital in Pennsylvania as well as a cardiologist and primary care physician from Delaware.

Due to 3 different, unrelated medical problems, my doctor and I feel the stress from this case and discovery requests will exasperate my health problems.

I want to diligently pursue this case and meet the required obligations. Therefore, I respectfully request this case be continued until August of 2008.

Please use this address for future mailings, as I am staying with family: 7828 Hardwick Road, 925 New Port Richey, Florida, 34653

Respectfully submitted,

Christina Paoli

I have contacted Mr. Marc Casarino and presently do not know his position on this continuance request.

C.A. # 06-462. GMS

April 28, 2008

Dear Mr. Cannarens,

I would like to know your position on my request for a "stay" or a "continuance" due to medical reasons.

Please call me on my cell at (302) 260-1036. My e-mail is the same, educationexpert3@yahoo.com

Please use my Florida address for future mailings. I am presently staying in Florida.

Chris Park
7828 Hardwick Rd
# 925
New Port Richey, Florida
34653

2008 MAY -6 AM 11: 54
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Thank you.

Christian Park




#925
New Port Richey, Florida
34653

Honorable Judge Sleet
U.S. District Court - DE
844 King Street
Lock Box 18
Wilmington DE 19801

# SEALED DOCUMENT

Case 1:06-cv-00462-GMS    Document 44-2    Filed 05/05/2008    Page 1 of 1