IN THE US DISTRICT COURT
IN THE STATE OF DELAWARE

Christina Paoli
    Plaintiff

v.

C.A. No 06-462

The State of Delaware and
Delaware Technical and Community College
    Defendants

### Response to Defendant's Objections to Plaintiff's Request for Stay

1. Attached is additional medical information for Your Honor to review. It appears the opposing attorney does not believe that I can not respond to interrogatories at this time. He wrote "There does not appear to be a legitimate basis to delay this litigation any longer and certainly no basis for Plaintiff not to respond to the Discovery when due." I was not aware that the attorney had a medical degree or the expertise to override what my medical doctors have written.

2. Furthermore, attached is proof that there has been problems with the mail delivery in Rehoboth, in the past and the present. Mr. Casarino wrote " In Paoli v Dimatteo, Plaintiff also claimed to have some problems with mail delivery" That wasn't a claim, it was a fact. A notarized letter from the mail courier is attached.

3. The fact that Mr. Casarino included 8 previous cases from as far back as 1988 does NOT seem relevant. What was he trying to do, use this to attempt to influence the judge? I certainly don't have the knowledge or expertise of any attorney. I haven't been to law school or even taken a bar exam. It's like comparing apples to oranges, in my opinion.

Plaintiff reiterates her request, with additional doctor verification, to stay these proceedings.

Respectfully submitted,

*Christina Paoli*

Christina Paoli

To Whom It May Concern,

This notarized letter verifies the fact that there were two houses right across the street from each other with <u>the same exact address for</u> <u>over a year.</u> There was a lot of confusion with the mail delivery due to Sussex County, more specifically 911, changing the address of the houses on Loganberry Court as other places.

The address of 101 Loganberry Court was eventually changed to 102 Loganberry Court.

To further add to the confusion, there is a 101 Loganberry Lane as well as 102 Loganberry Lane one block away from the Loganberry Court address

I have been the mail courier there for _____3 1/2 yrs_____ .

Mail Courier of Loganberry Court _____

Notary _____

My commission expires

Certificate of Service

I certify that a copy of the attached Response to Defendant's Objections to Plaintiff's Request for Stay was placed in the mail on 5-21-08 to

Marc Niedzielski at his office
Wilmington DE

Christina Pack

# SEALED DOCUMENT

Case 1:06-cv-00462-GMS    Document 45-2    Filed 05/20/2008    Page 1 of 1

06 - 462 GMS

Please add these 2 exhibits to what was hand delivered on 5-20-08

Thank you,
Christine Park



to scanned



600 Third St
Wilm DE (19971)

WILMINGTON DE 197
23 MAY 2008 PM 2 L

U.S. District Ct
844 North King Street
Lock Box 18
Wilmington DE 19801

5/20/08

06-462

TO WHOM IT MAY CONCERN

I had a conversation with the mail carrier for TRU VALE ACRES (600 3RD ST) concerning displaced mail for Christina Pack. IN THIS CONVERSATION SHE OFFERED LITTLE HELP with THIS matter and said "THIS HAS HAPPENED BEFORE." I can verify THAT there HAVE BEEN many Lost pieces of mail BECAUSE I HAVE BEEN LIVING THERE FOR THE LAST 9 MONTHES.

Ken Williams

*Ken Williams* (signature)

FILED
MAY 23 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

*to scanned*

(signature)
LATISHA D. DISMUKE
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Jan 12, 2008

Verification                                May 21, 2008
Regarding Mail Problems

I live at 600 Third Street. Also, I help Christina Paoli with her mail, house and other things when she is in the hospital or staying with her family in Florida and/or Pennsylvania

I know that there has been several lost and misplaced pieces of mail including a $5,000 funeral reimbursement check from Attorney Joe Nicholson and discovery letter from Attorney Mark Lasarino.

The mail courier explained this to us and wrote a note about it.

My commission expires

ILINE E. SLODY
Notary Public, State of Delaware
My Commission Expires June 23, 2009

Teferi Nessibou

Notary
Iline E. Slody